# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-92-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| BENJAMIN IRA BADBEAR and CARRIE MARIE RINESMITH, | |
| Defendants. | |

Upon the United States' Motion to Dismiss with Prejudice the Forfeiture Allegation (Doc. 67) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE.**

DATED this 12th day of February, 2020.

SUSAN P. WATTERS
United States District Court Judge

1